639 A.2d 1181

**In the Interest of A.P.**

**Appeal of COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Catherine Marshall, Ronald Eisenberg, Alan Sacks, Philadelphia, for appellant.

John W. Packel, Bradley S. Bridge, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

### ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, S.J., did not participate in the consideration or decision of this case.*

PAPADAKOS, J., dissents and would grant an evidentiary hearing.